**Order entered August 4, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00883-CV

### IN RE MELINDA BYERS, Relator

**Original Proceeding from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-16-2030**

## ORDER
Before Justices Lang, Evans, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's July 28, 2017 petition for

writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.


/s/  DAVID EVANS
    JUSTICE